UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF EDUCATION, )<br>)<br>*Defendant*. )<br>) | Civil Action No. 22-01404 (FYP) |

## JOINT STATUS REPORT

Pursuant to this Court's June 23, 2022, Order, the parties hereby provide this joint report on the status of the Freedom of Information Act (FOIA) request at issue in this litigation. *See* ECF No. 5. In consideration of the questions presented by this Court in its Order, the parties propose filing another joint status report on August 21, 2022.

Plaintiff's FOIA request at issue in this action seeks "[a]ll records and communications, documents, and other records from January 20, 2021, through the date this request is processed, between any political appointees of the Biden Administration and any employee or representative of" approximately 20 organizations and groups, including state or local affiliations. The request identified more than two dozen political appointees of the Biden Administration of which Plaintiff sought records. Defendant avers that it needs to coordinate amongst ten separate sub-offices. Of those offices, Defendant further avers that five have completed their searches and are at various stages of review, and that the remaining five have either ongoing searches or anticipate conducting their searches in the very near future.

With regard to the specific questions identified by the Court:

1) For the five offices that have completed their searches, Defendant avers that it has over 900 documents to review. Defendants do not have a current estimate for the remaining offices.

2) Defendant anticipates it could make its first production to Plaintiff no later than August 7, 2022. It will seek to make monthly productions thereafter.

3) Given that Defendant has already started processing the request, the parties do not think it is necessary at this time to engage in briefing an *Open America* stay motion. The parties agree that the issue can be revisited in future status reports.

4) The parties believe it is premature to address whether a *Vaughn* index is required but they commit to trying to resolve potential disputes between the parties before bringing any such disputes to the Court.

Given the above, the parties propose filing another joint status report with this Court on or before August 21, 2022.

Dated: July 6, 2022                   Respectfully submitted,

/s/Gary M. Lawkowski
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314
Telephone: 703-965-0330
Facsimile: 415-520-6593
GLawkowski@Dhillonlaw.com

*Counsel for the Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Adam D. Kirschner*
ADAM D. KIRSCHNER
IL Bar No. 6286601
Senior Trial Counsel
United States Department of Justice
    Civil Division, Federal Programs Branch
1100 L Street NW, Room 11020
Washington, DC 20530
    Tel.:   (202) 353-9265 (o)
           (202 598-3846 (c)
    Fax:   (202) 616-8460
E-mail:  adam.kirschner@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
1100 L Street NW, Room 11020
Washington, D.C. 20005

    *Counsel for Defendants*