UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 22-01404 (FYP)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to this Court's July 7, 2022, Order, the parties hereby provide this joint report on the status of the Freedom of Information Act (FOIA) request at issue in this litigation. In consideration of the matters addressed in this report, the parties propose filing another joint status report on or before October 21, 2022.

Plaintiff's FOIA request at issue in this action seeks "[a]ll records and communications, documents, and other records from January 20, 2021, through the date this request is processed, between any political appointees of the Biden Administration and any employee or representative of" approximately 20 organizations and groups, including state or local affiliations. The request identified more than two dozen political appointees of the Biden Administration of which Plaintiff sought records. Defendant avers that it needs to coordinate amongst nine separate sub-office in responding to this request.[1]

Since the last status report on July 6, 2022, the parties can provide the following update:

---

[1] In the last status report, Defendant averred that there were 10 sub-offices but had mistakenly counted one sub-office twice.

1

1) On August 5, 2022, Defendant provided Plaintiff 535 pages of responsive documents, subject to certain redactions.

2) Defendant anticipates it will make its next production no later than September 7, 2022. It will continue to seek to make monthly productions thereafter.

3) Defendant avers that one of the nine separate sub-offices, the Office of Postsecondary Education (OPE), has now completed its production in response to this FOIA request.

Given the above, the parties propose filing another joint status report with this Court on or before October 21, 2022.

Dated: August 10, 2022               Respectfully submitted,

/s/ Gary M. Lawkowski
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314
Telephone: 703-965-0330
Facsimile: 415-520-6593
GLawkowski@Dhillonlaw.com

*Counsel for the Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Adam D. Kirschner
ADAM D. KIRSCHNER
IL Bar No. 6286601

Senior Trial Counsel
United States Department of Justice
    Civil Division, Federal Programs Branch
1100 L Street NW, Room 11020
Washington, DC 20530
    Tel.:    (202) 353-9265 (o)
            (202 598-3846 (c)
    Fax:    (202) 616-8460
E-mail:  adam.kirschner@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
1100 L Street NW, Room 11020
Washington, D.C. 20005

    *Counsel for Defendants*