UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-01404 (FYP)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 19, 2022, Order, the parties hereby provide this joint report on the status of the Freedom of Information Act (FOIA) request at issue in this litigation. In consideration of the matters addressed in this report, the parties propose filing another joint status report on or before December 21, 2022.

Plaintiff's FOIA request at issue in this action seeks "[a]ll records and communications, documents, and other records from January 20, 2021, through the date this request is processed, between any political appointees of the Biden Administration and any employee or representative of" approximately 20 organizations and groups, including state or local affiliations. The request identified more than two dozen political appointees of the Biden Administration of which Plaintiff sought records. Defendant avers that it needs to coordinate amongst nine separate sub-office in responding to this request.

Since the last status report, the parties can provide the following update:

1) On November 7, 2022, Defendant provided Plaintiff 525 pages of responsive documents, subject to certain redactions.

1

2) Defendant anticipates it will make its next production no later than December 7, 2022. It will continue to seek to make monthly productions thereafter.

3) Defendants continue to aver that five of the nine separate sub-offices—the Office of Postsecondary Education (OPE), the Office of the General Counsel (OGC), the Office for Civil Rights (OCR), the Office of Special Education and Rehabilitative Services (OSERS), and the Office of the Under Secretary (OUS)—have now completed its production in response to this FOIA request.

Given the above, the parties propose filing another joint status report with this Court on or before December 21, 2022.

Dated: November 16, 2022

Respectfully submitted,

/s/ Gary M. Lawkowski
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314
Telephone: 703-965-0330
Facsimile: 415-520-6593
GLawkowski@Dhillonlaw.com

*Counsel for the Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Adam D. Kirschner*

ADAM D. KIRSCHNER
IL Bar No. 6286601
Senior Trial Counsel
United States Department of Justice
    Civil Division, Federal Programs Branch
1100 L Street NW, Room 11020
Washington, DC 20530
    Tel.:    (202) 353-9265 (o)
           (202 598-3846 (c)
    Fax:    (202) 616-8460
E-mail:  adam.kirschner@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
1100 L Street NW, Room 11020
Washington, D.C. 20005

*Counsel for Defendants*