# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PROTECT THE PUBLIC'S TRUST**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22-cv-1404 (ACR) ) |
| **U.S. DEPARTMENT OF EDUCATION**, | ) ) |
| Defendant. | ) ) ) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report regarding proceedings in this Freedom of Information Act case. Plaintiff has completed its review of the records produced by Defendant and is satisfied with those productions. Plaintiff has provided Defendant with a request for fees and costs in this matter. Defendant has not agreed that Plaintiff is entitled to any fees or costs, but the parties are attempting to resolve the issue without the involvement of the Court.

The parties propose to file another joint status report no later than May 19, 2025, informing the Court whether any disputes remain in this case.

    Respectfully submitted,

    YAAKOV M. ROTH
    Acting Assistant Attorney General
    Civil Division

    ELIZABETH J. SHAPIRO
    Deputy Director
    Federal Programs Branch

    */s/ James Bickford*
    JAMES BICKFORD
    Trial Attorney (N.Y. Bar No. 5163498)
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, NW

- 2 -

        Washington, DC 20530
        James.Bickford@usdoj.gov
        Telephone: (202) 305-7632
        Facsimile: (202) 616-8470

*Counsel for Defendant*

and

/s/ *Karin M. Sweigart*
Karin Moore Sweigart
Bar No. CA00145
Dhillon Law Group, Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
ksweigart@dhillonlaw.com

*Counsel for Plaintiff*

Date: March 18, 2025