IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PROTECT THE PUBLIC'S TRUST**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 22-cv-1404 (ACR) |
| **U.S. DEPARTMENT OF EDUCATION**, | ) |
| Defendant. | ) |

**PLAINTIFF'S OBJECTION TO DISMISSAL
AND JOINT PROPOSED BRIEFING SCHEDULE**

Plaintiff, Protect the Public's Trust, respectfully objects to dismissal and requests that the Court maintain jurisdiction over this case. Defendant, the U.S. Department of Education, does not oppose that objection.

The parties have been diligently working together in good faith to resolve a fee dispute in this Freedom of Information Act case without the Court's intervention, and will continue to do so. To ensure that this case will be resolved in a timely manner, the parties respectfully request that the Court enter the following briefing schedule for a fee petition, should one prove to be necessary:

Plaintiff's Fee Petition due: July 11, 2025

Defendant's Opposition due: August 6, 2025

Plaintiff's Reply due: August 29, 2025

A proposed order to enter this briefing schedule is attached.

Plaintiff respectfully requests that the Court maintain jurisdiction over this case until the resolution of the fee dispute, consistent with the parties' ongoing good-faith negotiations.

- 2 -

        Respectfully submitted,

        YAAKOV M. ROTH
        Acting Assistant Attorney General
        Civil Division

        ELIZABETH J. SHAPIRO
        Deputy Director
        Federal Programs Branch

        */s/ James Bickford*
        JAMES BICKFORD
        Trial Attorney (N.Y. Bar No. 5163498)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20530
        James.Bickford@usdoj.gov
        Telephone: (202) 305-7632
        Facsimile: (202) 616-8470

        *Counsel for Defendant*

            and

        */s/ Karin M. Sweigart*
        Karin Moore Sweigart
        Bar No. CA00145
        Dhillon Law Group, Inc.
        177 Post Street, Suite 700
        San Francisco, CA 94108
        Telephone: (415) 433-1700
        ksweigart@dhillonlaw.com

        *Counsel for Plaintiff*

Date: April 10, 2025